```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    NOV 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 06-00926-CJC |
| Plaintiff, | [PROPOSED] ORDER TERMINATING DEFENDANT CHONG KOO LEE'S SUPERVISED RELEASE/PROPBATION |
| vs. | |
| CHONG KOO LEE, | |
| Defendant. | |

The Court having read and considered defendant Chong Koo Lee's Motion for Early Termination of Supervised Release/Probation, the Probation Officer's Report, U.S. Attorney's Position and all of the records on file in this case hereby GRANTS The Motion.

Supervised Release / Probation are Ordered Terminated as of the date of this ORDER.

ORDER TERMINATING DEFENDANT CHONG KOO LEE'S SUPERVISED RELEASE/PROPBATION
-1-

1  The Court further ORDERS as follows:
2  _____
3  _____
4  _____
5  _____
6  _____

9  Dated: *November 16*, 200*9*.    U.S. District Court

          Hon. Judge Cormac J. Caney,
          U.S. District Judge.

**ORDER TERMINATING DEFENDANT CHONG KOO LEE'S SUPERVISED RELEASE/PROPBATION**
-2-